**Order entered July 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00827-CV

## IN RE BABAK TAHERZADEH, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-12037**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
JUSTICE